UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company as Trustee for HSI Asset Securitization Corporation 2006-OPT1 Mortgage Pass-Through Certificates, Series 2006-OPT1<br><br>Plaintiff,<br><br>vs.<br><br>Laura A. Beedle, et al.<br><br>Defendants. | Case No. 1:07-cv-3492<br><br>Judge Christopher A. Boyko<br><br><u>ORDER DISMISSING CASE</u> |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

This matter is before the Court on the motion of Plaintiff for an order dismissing this case under Rule 41(a)(2) of the Federal Rules of Procedure. The Court hereby grants Plaintiff's motion. The case is hereby dismissed without prejudice at Plaintiff's costs.

IT IS SO ORDERED.

Christopher A. Boyko
UNITED STATES DISTRICT JUDGE

FILED
JAN 03 08
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.

G:\Cases - TM\07-25007\M&O To Dismiss Case-071228-MAH.wpd